STATE OF CONNECTICUT *v.* HERMAN NAPOLEON

The defendant's petition for certification for appeal from the Appellate Court, 12 Conn. App. 274, is denied.

*Peter A. Kelly,* in support of the petition.

*Geoffrey Marion,* deputy assistant state's attorney, in opposition.

Decided October 9, 1987

STATE OF CONNECTICUT *v.* EMIL J. CARSETTI, JR.

The defendant's petition for certification for appeal from the Appellate Court, 12 Conn. App. 375, is denied.

*Conrad Ost Seifert,* in support of the petition.

*Lawrence J. Tytla,* assistant state's attorney, in opposition.

Decided October 9, 1987

STATE OF CONNECTICUT *v.* GEORGE MENTION

The defendant's petition for certification for appeal from the Appellate Court, 12 Conn. App. 258, is denied.

*Mark Rademacher,* in support of the petition.

*Geoffrey Marion,* deputy assistant state's attorney, in opposition.

Decided October 9, 1987

STATE OF CONNECTICUT *v.* EARLE ALLEN, JR.

The defendant's petition for certification for appeal from the Appellate Court, 12 Conn. App. 403, is denied.

*Donald D. Dakers,* public defender, in support of the petition.

*Michael E. O'Hare,* assistant state's attorney, in opposition.

Decided October 9, 1987